# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-10169-SVW <br> 2:06-cr-00545-GHK | Date | December 12, 2019 |
|---|---|---|---|
| Title | Uiese Mausali v. United States of America | | |

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS re BRIEFING SCHEDULE - Defendant/Petitioner's Motion to Vacate, Set Aside or Correct Sentence, pursuant to Title 28 USC 2255

    The Court, having received Defendant/Petitioner's Motion to Vacate, Set Aside or Correct Sentence, pursuant to Title 28 USC 2255, hereby ORDERS the government to respond to no later than February 10, 2020. The Court further ORDERS petitioner's reply shall be filed and served not later than April 10, 2020.

    Hearing is set for April 27, 2020 at 1:30 p.m.

Initials of Preparer    PMC